# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Max Reed II,<br><br>               Plaintiff,<br><br>   v.<br><br>Shannon Chambers, et al.,<br><br>              Defendants. | Case No. 2:22-cv-02158-GMN-DJA<br><br>**Order** |

      Before the Court is Plaintiff Max Reed's motion for enlargement of time filed on April 28, 2023. (ECF No. 5). Having reviewed and considered Plaintiff's motion requesting an additional 30 days within which to file an amended complaint, and good cause appearing,

      IT IS THEREFORE ORDERED that Plaintiff's motion for extension of time (ECF No. 5) is **granted**. Plaintiff shall have until **May 30, 2023**, to submit an amended complaint.

      IT IS FURTHER ORDERED that failure to comply with this order will result in a recommendation that the case be dismissed.

      DATED: May 3, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE