UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAX REED II, | Case No. 2:22-cv-02158-ART-DJA |
| Plaintiff - Appellant, | ORDER |
| v. | |
| SHANNON CHAMBERS, et al., | |
| Defendants - Appellees. | |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. This Court certifies that any *in forma pauperis* appeal from its order of dismissal would be frivolous or would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). Plaintiff's *in forma pauperis* status should be revoked on appeal. *See Hooker v. American Airlines,* 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of forma pauperis status is appropriate where district court finds the appeal to be frivolous).

DATED: January 8, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE